IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NO. 09-40069-GPM-14 |
| | ) |
| GERALD W. LEE, | ) |
| | ) |
| Defendant. | ) |

# MEMORANDUM AND ORDER

**MURPHY, District Judge:**

Represented by the Office of the Federal Public Defender, Mr. Lee moved for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), the Fair Sentencing Act of 2010, and in light of *Dorsey v. United States,* 132 S.Ct. 2321 (2012) (Doc. 741).   When he was sentenced, the Court adopted the findings of the presentence investigation report, which found Mr. Lee's relevant conduct to be 1.62 kilograms of crack cocaine (Doc. 579).   The Court found a base offense level of 34, a total offense level of 31 and a criminal history category of II, with a resulting guideline range of 120 to 151 months (Doc. 594).   The sentence Mr. Lee received however, was based on the statutory mandatory minimum.   That amount of crack cocaine yields the same guideline range as it did when he was sentenced.   § U.S.S.G. 2D1.1.   Mr. Lee's guideline range has, therefore, not changed.   Neither has the mandatory statutory range—he was charged with conspiracy to distribute 50 grams or more of crack cocaine and found to have conspired to distribute 1.62 kilograms of crack cocaine (Docs. 196, 579).   One thousand six hundred and twenty grams of

crack well exceeds the 280 grams which sets the statutory minimum penalty of 10 years.  21 U.S.C. 841(b)(1)(A)(iii).  Defendant is not eligible for reduction of his sentence.  *See United States v. Taylor,* 627 F.3d 674, 676 (7th Cir. 2010) ("Relief under the statute [18 U.S.C. § 3582(c)(2)] is not available when a retroactive amendment 'does not have the effect of lowering the defendant's applicable guideline range.'" *citing* United States Sentencing Guideline § 1B1.10(a)(2)(B)); *United States v. Forman,* 553 F.3d 585, 588 (7th Cir. 2009) ("Nothing in § 3582(c) permits a court to reduce a sentence below the mandatory minimum").  Defendant's motion is **DENIED.**

    **IT IS SO ORDERED.**

    DATED:   October 9, 2013

                                            s/ *G. Patrick Murphy*
                                            G. PATRICK MURPHY
                                            United States District Judge